1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED JUN 01 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

4             **United States Bankruptcy Court**
              **Central District of California**
5

6                                              ) Chapter 13
                                               )
7  MARIO J MEDINA                              ) Case No.: 8:04-bk-17682-ES
                                               )
8  AURORA A MEDINA                             ) **NOTICE OF UNCLAIMED DIVIDEND**
                                               ) (Bankruptcy Rule 3011)
9                                              )
                                               )
10                                             )
                                               )
11 _____

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300738** in the sum of **$218.79**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     WOLPOFF & ABRAMSON
       TWO IRVINGTON CENTRE
18     702 KING FARM BLVD.
       ROCKVILLE, MD 20850-5775
19
                                    _____
20 Date: May 24, 2010                Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0417682 | MARIO J & AURORA A MEDINA<br>ACCT: 130062590 | Claim: 00049 | XXX-XX-4426<br>XXX-XX-7137 | 218.79 | 0.00 | 218.79 |
| | | | TOTALS | 218.79 | 0.00 | 218.79 |

```
                        MARIO J MEDINA
                        AURORA A MEDINA
                        BALANCE:        0.00   [0.00 33/00049]
                        SSN: XXX-XX-4426   SSN: XXX-XX-7137
                        ACCT: 130062590            CASE: 0417682
                        PRINCIPAL:     218.79   INTEREST:         0.00
```

**AMRANE COHEN**  
**CHAPTER 13 TRUSTEE**  
CHAPTER 13 TRUSTEE  
PO BOX 809  
ORANGE, CA 92856

SUNTRUST  
800-786-8787

64-79 / 611

**0300738**

Apr 30, 2010

VOID 90 DAYS FROM DATE

*******$218.79

PAY  Two Hundred Eighteen And 79 / 100 Dollars

TO THE  U.S. BANKRUTCY COURT (FISCAL DEPT.)  
ORDER OF  255 E. TEMPLE STREET  
LOS ANGELES, CA 90012

⑈0300738⑈ ⑆061100790⑆ 000000575186 2⑈